UTICA,        True, a bill of exceptions stays proceedings, *per se*, while
August, 1827. it is pending for argument in this court; but not a mo-
M'Michael     ment longer.  The party who prevails, may, on our pass-
   v.         ing upon it, take the effect of our decision as soon as he
Knapp.        pleases, subject to be arrested by writ of error and bail
              within the 4 days.  A writ of error has, in this case, been
              prosecuted ; but no bail is in to this day.[1]

                                                    Motion denied.

---

### M'MICHAEL and DUANE, *against* KNAPP and BARGY.

Where one    THE plaintiffs had issued and caused to be returned, a
*fi. fa.* is col-  *fi. fa.* against the defendants, on which part of the judg-
lected in part,
a second must ment was collected.  Afterwards they issued a second *fi.*
recite the first,
and the pro- *fa.* without reciting the former, or the proceedings upon
ceedings under it.  The second was for the whole amount of the judg-
it.    But the
omission to do ment ; but was indorsed for the balance due.
so is amend-
able.

          *M. Hoffman*, moved to set the second *fi. fa.* aside for ir-
regularity.

[*414]          *S. Stevens*, contra, moved to amend, if the court should
be of opinion that the proceeding was irregular.

          *Curia.*  In strictness, the second execution should have

          [1] In the state of New York, in the practice under the code, the effect of
omitting to give notice of adjusting the costs, in the cases where the defend-
ant is entitled thereto, has been differently decided.  In *the Bank of Massilon*,
2 Code Rep. 49 ; *Goldsmith* v. *Marpe*, ib. 49 ; *Doke* v. *Peek*, 1 Code Rep. 54 ,
*Elson* v. *N. Y. Equit. Ins. Co.*, 2 Code Rep. 36, it was held that the omission
made the judgment irregular, and liable to be set aside on motion.  But in
*Richards* v. *Swetzer*, 1 Code Rep. 117 ; *Hughes* v. *Mulvey*, 1 Sandf. Sup. Ct.
Rep. 92; *Dix* v. *Palmer*, 3 Code Rep. 214; 5 Pr. Rep. 233, the omission
was held not to affect the regularity of the judgment, but only to entitle the
defendant to a re-adjustment at the cost of the plaintiff.  See Voorhie's Code
pp. 257, 258.

recited the first, and the proceedings under it.(a)   But the
plaintiffs may amend on payment of costs.

<div style="text-align:right">UTICA,<br>August, 1827.<br>Everitt<br>v.<br>Wood.</div>

                                        Rule accordingly.

------

### EVERITT *against* WOOD.

A MOTION was made, in behalf of the plaintiff, to vacate
the judge's order to stay proceedings; which was granted
with a view to a motion, by the defendant, to set aside the
report of referees.   The proposed motion related to the
merits.   The defendant had noticed it for argument, and
placed it on the calendar, in October term, 1825, and again
in February term, 1826.   But since that time, it had not
been noticed for argument by either party.

<div style="float:right; width:30%; font-size:small">
The only mode in which to procure the denial or dismissal of an enumerated motion, is to notice it for argument, and bring it to a hearing, when there is a proper order to stay proceedings.
</div>

*W. & H. G. Lowerre*, for the motion.

*G. Clark*, contra, cited 1 Caines, 484; 3 id. 151.

*Curia.*  This motion was enumerated; and belonged to
the calender.   It is a rule in relation to that whole class
of motions, that they may be noticed by either party; and
brought to argument in their turn.   The only mode of dis-
posing of them, where there is an order to stay in force, is
to notice and bring them to argument,   The general order
to stay proceedings operates till this be done.   Such has
been the practice ever since the decision in *Jackson* v.
*Brownell,* (3 Caines, 151.)   The *anonymous case* in the same
book, (p. 152,) must have related to a non-enumerated mo-
tion: otherwise it is inconsistent with *Jackson* v. *Brownell.*
The practice according to which we now decide, grew out
of the general rule of January term, 1803, *which allows    [*415]
either party to give notice of an enumerated motion.   The

(a) Vid. *Oviat* v. *Vyner*  (1 Salk. 818.)   Tid. Pr. 934, S. P.